IN THE SUPERIOR COURT OF __Henry__,
STATE OF GEORGIA

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2023 JAN 17 A 11:09
CLE__
S.D. DIST. OF GA.

__Michael S. Brown__, Plaintiff
__293811 # GDC__, Inmate Number

Civil Action No. __VGM__

vs.

__State of Georgia__,
__William ~~Warden~~, Danforth__,
__Kourtney Gay, Chief__,
Defendant(s)

Nature of Action: __42 USC 1983__
__Civil__
__Informa Paupers__

## PART I: BACKGROUND INFORMATION ON YOUR CONVICTION

1. Name and location of prison in which you are now confined: __Coffee Correctional Facility Core Civic__

2. Sentence you are now serving: __20 Serve 12__

   Name and location of court which imposed sentence: __Henry Co. 130 Henry Parkway McDonough Ga. 30253 Superior Court of Henry Co. 1 Court House Square McDonough Ga. 30253__

   Approximate date your sentence will be completed: __7-18-2032__

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which sentence was imposed:

   a. __Agg. Assault, Obstruction of a Officer 2020 SU-CR-867-PP__

   b. _____

   c. _____

4. Give the approximate date upon which sentence was imposed and the terms of the sentence:

   a. __November 10, 2021   20 Serve 12__

   b. _____

c. _____

5. Check whether a finding of guilty was made after a plea of:
   - ☑ Guilty
   - ☐ Guilty but mentally ill
   - ☐ Nolo contendere
   - ☐ Not guilty

6. If you were found guilty after a plea of not guilty, check whether the finding was made by:
   - ☐ Jury
   - ☐ Judge only

7. Did you appeal from the judgment of conviction or the imposition of sentence?
   ☑ Yes     ☐ No

8. If you did appeal, answer the following:

   a. The name of each court to which you appealed:
      1. Henry Co.
      2. _____
      3. _____

   b. The result in each such court to which you appealed:
      1. Withdraw of plea / denied
      2. _____
      3. _____

   c. The approximate date of each such result:
      1. Sept 22, 2022
      2. _____
      3. _____

   d. If known, citations of any written opinion orders entered pursuant to such results:
      1. _____
      2. _____
      3. _____

## PART II: OTHER LAWSUITS

9. OTHER THAN LAWSUITS ALREADY LISTED in questions 3 through 8, have you ever begun or are you now beginning other lawsuits in federal or state courts dealing with the same facts involved in this action or relating to your imprisonment?
   ☐ Yes     ☑ No

10. If your answer to number 9 is "Yes," describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline for each lawsuit.)

   a. Parties to the previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

   b. Court (If federal court, name the district. If state court, name the court and county): _____

   c. Docket Number: _____

   d. Name of judge to whom case was assigned: _____

   e. Date on which you filed lawsuit: _____

   f. Date of disposition, if any, of lawsuit: _____

   g. What was the lawsuit about? _____

   h. What was the outcome of the lawsuit? (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

   i. Citations, if known, to any written opinions or orders in the lawsuit: _____

## PART III: GRIEVANCE PROCEDURES

11. Is there a prisoner grievance procedure at the institution in which you are presently confined?
   ☑ Yes     ☐ No

12. If your answer to number 11 is "Yes," please answer the following:

   a. Did you present the facts relating to your complaint in the institution's prisoner grievance procedures?     ☑ Yes     ☐ No

   b. If your answer to (a) above is "Yes,"
   What steps did you take? _filed A grievance_

   What was the result? _denied_

   c. If your answer to (a) above is "No," explain why not: _____

13. Tell what you have done, other than what you have described in question 12, to bring your complaints to the attention of prison officials. In doing so, give dates, places, and names of persons talked to.

12/6/22 Talked to Warden of Security Ms. Williams. She gave me a hard time about me calling PREA on Kourtney Gray her officer she said. And denied me any kind of assitance at all, She treated me very very horashly, I talked with Counselor Clemons from Unit one 12/1/22 She help with my situation and told me to ask the Warden named Shone to help me. I did So on 12/6/22 And he Denied me!

14. Names and approximate dates of entry and exit, and locations of all prisons and jails in which you have been incarcerated:

Jackson, Burruss, Mitch Co CI, Coffee

15. As to your present confinement, please state:

a. Which part of the penitentiary or jail are you held in: Unit 8 QQ

b. How long have you been in this part of the penitentiary or jail? 2 weeks

c. Please list the full name of every prisoner now confined in the same general area:

## PART IV: STATEMENT OF CLAIMS

16. List the name and address of each plaintiff in this lawsuit: Just myself

17. List below for each defendant, the defendant's full name, official position, and place of employment. Attach additional paper if necessary.

| Full Name | Official Position | Place of Employment |
|---|---|---|
| William Danforth | Warden | |
| Kourtney Gray | Chief over Unit Management | Coffee Corrections |

## STATEMENT OF CLAIM

18. Describe each and every FACT—no opinions or views, only the actual events supporting and explaining the basis for the lawsuit you have filed. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. Include also the names of other persons involved, dates and places. If you intend to allege a number of related claims, you should number and set forth each claim separately. DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES. (You may attach additional sheets of paper if necessary.)

I transfered here from Mitchell Co CI. I am on Mobile Construction with the State of GA. When I got here 9/12/22 I was asked at intake by a Officer what are you doing here I replied I dont know I work for Mobile Construction I was suppose to go to Hall Co CI for a Job. I was told this from C.O. Green officer over Mobile Construction with the State. Ok I wrote Warden Danforth explained everything to him. He said I had a detainer. I did a grievance he denied my request. Just call where the detainer came from Henry Co. 770) 288-7070. The Charge was none processed Aug 16 2022 a month before I transfered here. I asked Kourtney Gay everybody here for help. They took my Job title and placed me in population. They were suppose to have transfered me to another job for the State If they werent using me here. Not house me here and take tax payers money to house me. You can have a detainer and work on Mobile Construction. But I dont they just want check. And they dont respect the Sop for GA. Law. Plus I called Prea on Kourtney Gay for Sexual Contact and they threw they grievance away and never investigated the Complaint!

19. List the name and present address of every person who you believe was a witness to the facts set forth in number 18 and BRIEFLY state what each person knows (from having seen, heard, etc.) concerning what happened.

Ms Williams
Mr. Stone
Ba Kourtney Gay
Miss Clemons
Warden Danforth
Counselor over Unit 3
All the Brass Officer that work here
Counselor Beene Unit 3

20. Please describe any legal argument you wish to make. You may add separate sheets of paper if necessary. It is not necessary that you present legal argument in order to obtain the relief to which you are entitled.

Violation of my 8th Admendment rights (Cruel and Unusally Punishment. They could have made a call and made sure I had no detainers And not have punished me for nothing! They cant make a call on my Job title with the DOC. The DOC has to do that they went over the head of the DOC total disrespect for the State And my rights!

21. Briefly state the specific relief requested against each party. This means to state exactly what you want the court to do for you. DO NOT MAKE ANY LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.

Get me transfered Away from here and investigate the books the records. This place is being run totally illegal And they have n' regard for State And federal tax payers! 3 million dollars for pain & Suffering

I declare (or certify, verify, or state) under penalty of perjury that the foregoing statements made in this Inmate Form for Civil Action are true and correct.

Executed on _____
                              Date

                                _____Michael J. Brown_____
                                                    Signature of Plaintiff

Sworn to and subscribed before me this
16 day of Dec., 20 22

_____Alessandro J. Johnson_____
Notary Public or Other Person Authorized to Administer Oaths

[Notary seal: ALESSANDRO J. JOHNSON, NOTARY PUBLIC, TIFT COUNTY, GA, Dec. 30, 2022]

JUDGE _____   DIVISION _____
MAG. JUDGE _____ REFER ___ (Y/N)   IFP _____ FEE PAID ____
DATE FILED _____
                                 PREVIOUS CASES _____ (Y/N)

NAME **Michael S. Brown**   I.D. # **293811**
PRO SE **✓**   ATTORNEY _____
PLACE OF INCARCERATION **Coffee Correction Facility, Core Civic**
**Nichollis** CITY/STATE **GA.**   COUNTY **Coffee**

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___ 28:2254 | Habeas action by a State prisoner challenging state conviction or sentence. |
| 3 | 535 | ___ 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ___SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___ 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g., parole revocation, loss of good time credit, etc.). |
| 2 | 530 | ___ 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g., parole revocation, loss of good time credit, etc.). |
| 3 | 550 | ✓ 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. |
| 2 | 550 | ___ 28:1331pr | Prisoner civil rights action suing federal officials not involving prison conditions. (a/k/a "Bivens action"). |
| 3 | 555 | ___ 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___ 28:1331pr | Prisoner civil rights action suing federal officials involving prison conditions. (a/k/a "Bivens action"). |
| 2 | 540 | ___ 28:1346 | Prisoner Federal Tort Claim. (against U.S.). |
| 2 | 540 | ___ 28:1361pr | Action to compel U.S. officer to perform a duty - MANDAMUS. |
| 4 | 540 | ___ 28:1332 | Any prisoner action based on diversity. |
| ✗ | 540 | _____ | OTHER: _____ |

___ DOCKET CLERK : Place cover sheet in acco on top of docket sheet and file, and FORWARD to Mag. Judge assigned for ifp and/or frivolity determinations.

___ STAFF LAW CLERK:
 ___ Pauper's affidavit insufficient or no affidavit
 ___ Complaint or petition not signed or is incomplete
 ___ No copies
 ___ Other _____

Michael S. Brown #293811
Coffee Correctional Facility
P.O. Box 650
1153 N. Liberty St.
Nicholls, GA 31554




Clerk of Court
Waycross Division
United States District Court
P.O. Box 1636 Brunswick, GA. 31521

